■ In the Matter of KEITH H. SCOTT, SR., et al., Petitioners, and DORA RICHARDSON et al., Appellants, v CITY OF BUFFALO et

al., Respondents. [893 NYS2d 798]—Motion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Pine and Gorski, JJ.